UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


JUAN HERNANDEZ,

     Plaintiff,

v.                                                            4:22cv396–WS/MAF

THE GEO GROUP, INC.,
FLORIDA DEPARTMENT OF
CORRECTIONS, CENTURION,
LLC, and WELLPATH, LLC,

     Defendants.

_____

### ORDER ADOPTING THE MAGISTRATE JUDGE'S SECOND REPORT AND RECOMMENDATION

Before the court is the magistrate judge's second report and recommendation (ECF No. 49) docketed August 28, 2023. The magistrate judge recommends that Count V of Plaintiff's amended complaint, against Defendant Wellpath, LLC, be dismissed for failure to state an Eighth Amendment claim for deliberate indifference to Plaintiff's serious medical needs. Plaintiff has filed objections (ECF No. 57) to the report and recommendation, and Wellpath has responded (ECF No. 63) to those objections.

Having carefully reviewed the parties' submissions, the undersigned finds—as did the magistrate judge—that Plaintiff's claims are due to be dismissed for failure to state an Eighth Amendment claim against Wellpath.

Accordingly, it is ORDERED:

1. The magistrate judge's second report and recommendation (ECF No. 49) is hereby ADOPTED and incorporated by reference into this order.

2. Defendant Wellpath's motion (ECF No. 38) to dismiss for failure to state a claim is GRANTED.

3. Count V of Plaintiff's amended complaint is DISMISSED for failure to state a claim upon which relief may be granted.

4. Plaintiff's request (ECF No. 57) for oral argument is DENIED.

DONE AND ORDERED this ___4th___ day of ___October___, 2023.


s/ William Stafford_____
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE