UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JUAN HERNANDEZ,

    Plaintiff,

v.                                                       4:22cv396–WS/MAF

THE GEO GROUP, INC.,
FLORIDA DEPARTMENT OF
CORRECTIONS, CENTURION,
LLC, and WELLPATH, LLC,

    Defendants.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
THIRD REPORT AND RECOMMENDATION

Before the court is the magistrate judge's third report and recommendation (ECF No. 51) docketed September 1, 2023. The magistrate judge recommends that Counts II and IV of Plaintiff's amended complaint against Defendant, GEO Group, Inc. ("GEO"), be dismissed for failure to exhaust his administrative remedies. In those two counts respectively, Plaintiff asserts claims for negligent security and failure to protect. Plaintiff has filed objections (ECF No. 58) to the report and recommendation, and GEO has responded (ECF No. 61) to those objections.

Having carefully reviewed the parties' submissions, the undersigned finds—as did the magistrate judge—that Plaintiff's claims are due to be dismissed for failure to exhaust his administrative remedies regarding his negligent security/failure to protect claims.

Accordingly, it is ORDERED:

1. The magistrate judge's third report and recommendation (ECF No. 51) is hereby ADOPTED and incorporated by reference into this order.

2. Defendant GEO's motion (ECF No. 36) to dismiss for failure to exhaust is GRANTED.

3. Counts II and IV are DISMISSED for failure to exhaust administrative remedies.

4. Plaintiff's request (ECF No. 58) for oral argument is DENIED.

DONE AND ORDERED this __4th__ day of __October__, 2023.

        s/ William Stafford
        WILLIAM STAFFORD
        SENIOR UNITED STATES DISTRICT JUDGE