UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


JUAN HERNANDEZ,

     Plaintiff,

v.                                                              4:22cv396–WS/MAF

THE GEO GROUP, INC.,
FLORIDA DEPARTMENT OF
CORRECTIONS, CENTURION,
LLC, and WELLPATH, LLC,

     Defendants.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 48) docketed August 21, 2023. The magistrate judge recommends that Count III of Plaintiff's amended complaint be dismissed for failure to exhaust administrative remedies. In Count III, Plaintiff claims that the Florida Department of Corrections ("FDC") violated the Americans with Disabilities Act (the "ADA") by failing to provide a cane, medications, and hearing devices during the course of his incarceration. Plaintiff has filed objections (ECF No. 56) to the report and

recommendation, and FDC has responded (ECF No. 62) to those objections.

Having carefully reviewed the parties' submissions, the undersigned

finds that the magistrate judge's report and recommendation is due to be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 48) is

hereby ADOPTED and incorporated by reference into this order.

2. The Florida Department of Corrections' motion (ECF No. 25) to dismiss

for failure to exhaust administrative remedies is GRANTED.

3. Count III of Plaintiff's amended complaint is DISMISSED for failure to

exhaust administrative remedies.

4. Plaintiff's request (ECF No. 56) for oral argument is DENIED.

DONE AND ORDERED this ___5th___ day of ___October___, 2023.


s/ William Stafford_____
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE