UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JUAN HERNANDEZ,

    Plaintiff,

v().                                                       4:22cv396–WS/MAF

THE GEO GROUP, INC.,
FLORIDA DEPARTMENT OF
CORRECTIONS, CENTURION,
LLC, and WELLPATH, LLC,

    Defendants.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
FOURTH REPORT AND RECOMMENDATION

    Before the court is the magistrate judge's fourth report and recommendation (ECF No. 53) docketed September 1, 2023. The magistrate judge recommends that Count I of Plaintiff's amended complaint, against Defendant Centurion, LLC, be dismissed for failure to state an Eighth Amendment claim for deliberate indifference to Plaintiff's serious medical needs. Plaintiff has filed objections (ECF No. 59) to the report and recommendation, and Centurion has responded (ECF No. 64) to those objections.

Having carefully reviewed the parties' submissions, the undersigned finds that Plaintiff's claims are due to be dismissed for failure to state an Eighth Amendment claim against Centurion.

Accordingly, it is ORDERED:

1. The magistrate judge's fourth report and recommendation (ECF No. 53) is hereby ADOPTED and incorporated by reference into this order.

2. Defendant Centurion's motion (ECF No. 37) to dismiss for failure to state a claim is GRANTED.

3. Count I of Plaintiff's amended complaint is DISMISSED for failure to state a claim upon which relief may be granted.

4. Plaintiff's request (ECF No. 59) for oral argument is DENIED.

5. All claims having now been dismissed, the clerk shall enter judgment stating: "All claims are dismissed."

6. The clerk shall close the case.

DONE AND ORDERED this __6th__ day of __October__, 2023.

        s/ William Stafford
        WILLIAM STAFFORD
        SENIOR UNITED STATES DISTRICT JUDGE